# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| DWAYNE STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV412-148 |
| | ) | |
| MELISSA POOLE, MELVIN P. | ) | |
| KESNER, CHARLES F. WOODALL, | ) | |
| OFFICER GONZALEZ, OMAR | ) | |
| JOHNSON, and DFACS MRS. | ) | |
| MIDDLETON, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On September 11, 2012, the Court ordered plaintiff Dwayne Stovall
to show cause within fourteen days why his case should not be dismissed
for lying about his financial status.  (Doc. 8.)  He failed to respond to the
order.   Since  he  has  not  moved  this  case  forward,  it  should  be
**DISMISSED** without prejudice for his failure to prosecute the action.
S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31
(1962) (courts have the inherent authority to dismiss claims for lack of
prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102
(11th  Cir.  1989); *Jones  v.  Graham*, 709 F.2d 1457, 1458 (11th Cir.

1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 22nd day of

October, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA