# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| DWAYNE STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV412-148 |
| | ) | |
| MELISSA POOLE, MELVIN P. KESNER, CHARLES F. WOODALL, OFFICER GONZALEZ, OMAR JOHNSON, and DFACS MRS. MIDDLETON, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On September 11, 2012, the Court ordered plaintiff Dwayne Stovall to show cause within fourteen days why his case should not be dismissed for lying about his financial status. (Doc. 8.) He failed to respond to the order. Since he has not moved this case forward, it should be **DISMISSED** without prejudice for his failure to prosecute the action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir.

1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 22nd day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA