```
                                             FILED
                                        U.S. DISTRICT COURT
                                           SAVANNAH DIV.
          IN THE UNITED STATES DISTRICT COURT FOR
            THE SOUTHERN DISTRICT OF GEORGIA 2012 NOV 19  PM 2: 42
                      SAVANNAH DIVISION
                                             CLERK_____
DWAYNE STOVALL,                 )            SO. DIST. OF GA.
                                )
      Plaintiff,                )
                                )
v.                              )   CASE NO. CV412-148
                                )
MELLISSA POOLE; DETECTIVE       )
MELVIN KESNER; DETECTIVE        )
CHARLES F. WOODALL; OFFICER     )
GONZALEZ; OMAR JOHNSON; and     )
MRS. MIDDLETON;                 )
                                )
      Defendants.               )
                                )
```

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1] Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Even construing Plaintiff's response to the Magistrate Judge's show cause order as objections to the report and recommendation (Doc. 11), Plaintiff's argument is without merit.