IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DWAYNE STOVALL,

    Plaintiff,

v.

CASE NO. CV412-148

MELLISSA POOLE; DETECTIVE
MELVIN KESNER; DETECTIVE
CHARLES F. WOODALL; OFFICER
GONZALEZ; OMAR JOHNSON; and
MRS. MIDDLETON;

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1] Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Even construing Plaintiff's response to the Magistrate Judge's show cause order as objections to the report and recommendation (Doc. 11), Plaintiff's argument is without merit.